

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRIS NEAL | Case No. 1:25-cr-00389<br>Judge John Robert Blakey<br>Magistrate Judge Gabriel A. Fuentes<br>RANDOM / Cat. 4<br><br>Violation: Title 18, United States Code, Section 922(o)(1)<br><br>**UNDER SEAL** |

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about May 10, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRIS NEAL,

defendant herein, knowingly possessed a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, a Glock 23 Gen 4 bearing serial number AAHZ826, which had been converted to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Section 922(o)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(o)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 23 Gen 4 bearing serial number AAHZ826, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON